By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Plaintiff*

**United States Bankruptcy Court
District of New Jersey**

In re: Rayshawn Hawkins,
*Debtor.*

Rayshawn Hawkins,
*Plaintiff*,

v.

New Jersey Motor Vehicle Commission and Rosalie Johnson, in her official capacity,
*Defendants.*

| | |
|---|---|
| Case No.: | 26-16284-CMG |
| Adv. No: | 26-01363-CMG |
| Chapter: | 7 |
| Judge: | Gravelle |

**Application for Order to Show Cause Why a Preliminary Injunction Should Not Issue Enjoining the Defendants to Restore the Plaintiff's Driving Privileges**

Plaintiff Rayshawn Hawkins, through his attorney, applies under 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 7065 for an order to show cause why a preliminary injunction should not issue directing the Defendants to restore his driving privileges.

1. The Plaintiff commenced the underlying chapter 7 case on June 2, 2026, and filed the Verified Complaint (the "V.C.") on August 14, 2026.

2. The allegations of the Verified Complaint are incorporated by reference as if fully set forth herein.

3. The Plaintiff is likely to succeed on the merits Under 11 U.S.C. § 525(a), a governmental unit may not suspend or refuse to renew a license of a debtor "solely because" the debtor "has not paid a debt that is dischargeable in the case." That is the Defendants' stated position. V.C. ¶¶ 22–23, 27–30. The refusal is also an act to collect a prepetition claim in violation of 11 U.S.C. § 362(a)(6), and the police-power exception does not apply because the Suspension enforces a private money judgment and serves a pecuniary purpose. V.C. ¶¶ 31–38.

4. The Plaintiff is suffering immediate and irreparable harm. Each day the Suspension continues is a day the Plaintiff cannot lawfully drive to work, to medical appointments, or to meet family obligations, and no later award of money can restore lost days of mobility. V.C. ¶¶ 24–25.

5. The public interest lies in enforcing the Bankruptcy Code's fresh-start policy.

**FOR THOSE REASONS**, the Plaintiff requests that the Court enter the proposed Order to Show Cause and grant such other and further relief in his favor as may be necessary and proper under the law.

Date: August 15, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Plaintiff*

By: /s/ Michael I. Assad
Michael I. Assad