By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Plaintiff*

**United States Bankruptcy Court**
**District of New Jersey**

In re: Rayshawn Hawkins,
*Debtor*.

Rayshawn Hawkins,
*Plaintiff*,

v.

New Jersey Motor Vehicle Commission and Rosalie Johnson, in her official capacity,
*Defendants*.

| | |
|---|---|
| Case No.: | 26-16284-CMG |
| Adv. No: | 26-01363-CMG |
| Chapter: | 7 |
| Judge: | Gravelle |

## Certification of Service

1. I, Michael I. Assad, represent Rayshawn Hawkins, the plaintiff in this matter.

2. On August 18, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Verified Complaint (ECF No. 1)
   - Application for Order to Show Cause (ECF No. 2)
   - Order to Show Cause (ECF No. 3)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 18, 2026

/s/ Michael I. Assad
Michael I. Assad

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Rosalie Johnson<br>New Jersey Motor Vehicle Commission<br>225 E State St<br>Trenton, NJ 08608 | Defendant | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other FedEx #875936685090<br>☒ Other Courtesy fax to 609-633-9394 |
| Hon. Jennifer Davenport<br>Attorney General of New Jersey<br>25 Market St<br>Trenton, NJ 08611 | Attorney for Defendant | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other FedEx #875936442437<br>☒ Other Courtesy fax to 609-777-3503 |