By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Plaintiff*

**United States Bankruptcy Court**
**District of New Jersey**

In re: Rayshawn Hawkins,
*Debtor*.

Rayshawn Hawkins,
*Plaintiff*,

v.

New Jersey Motor Vehicle Commission and Rosalie Johnson, in her official capacity,
*Defendants.*

| | |
|---|---|
| Case No.: | 26-16284-CMG |
| Adv. No: | 26-01363-CMG |
| Chapter: | 7 |
| Judge: | Chrstine M. Gravelle. U.S.B.J. |

**Stipulation of Voluntary Dismissal Under Fed R. Civ. P. 41 (a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that the above-captioned adversary proceeding is voluntarily dismissed, without prejudice against the Defendants New Jersey Motor Vehicle Commission and Rosalie Johnson, in her official capacity, and without costs or fees to either party, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Date: September 16, 2026

| | |
|---|---|
| LAW OFFICE OF MIKE ASSAD, P.C.<br>*Attorney for Plaintiff*<br><br>By: /s/ Michael I. Assad | JENNIFER DAVENPORT<br>ATTORNEY GENERAL OF NEW JERSEY<br>*Attorney for Defendants*<br><br>By: /s/ Thomas J. Swan<br>Thomas J. Swan<br>Deputy Attorney General |