UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on September 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| |
|---|
| In Re:<br>Rayshawn Hawkins |
| Rayshawn Hawkins<br><br>v.<br><br>New Jersey Motor Vehicle Commission and Rosalie Johnson, in her official capacity as Acting Chief Administrator of the MVC |

| | |
|---|---|
| Case No.: | 26-16284-CMG |
| Adv. No.: | 26-01363-CMG |
| Hearing Date: | N/A |
| Judge: | Christine M. Gravelle |

**ORDER CLOSING ADVERSARY PROCEEDING**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 18, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

This Court having noted the record discloses that this matter is concluded, it is

ORDERED that the within adversary proceeding is hereby closed for the following reason:

00. ☐ Transfer to another district
01. ☐ Dismissed for want of prosecution
02. ☑ Dismissed or settled without entry of judgment
03. ☐ Abstention
04. ☐ Judgment entered by default
05. ☐ Judgment entered on consent
06. ☐ Transferred to District Court for jury trial
07. ☐ Transferred to District Court (Other than for jury trial)
08. ☐ Judgment entered on directed verdict after jury trial
09. ☐ Judgment entered after bench trial by bankruptcy judge
0A. ☐ Withdrawal of Reference by District Court
0D. ☐ Transferred to another divisional office in the same district
0X. ☐ Other
10. ☐ Remanded to State Court
11. ☐ Judgment entered on Motion for Summary Judgment
12. ☐ Judgment Entered after jury trial before bankruptcy judge
13. ☐ Judgment entered (other)

*Rev. 8/1/07*